IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-145-FDW-DCK

| | |
|---|---|
| ELIJAH HARVEY WALKER and CRYSTAL WALKER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| SGB CORPORATION DBA WEST AMERICA MORTGAGE COMPANY MERS (MORTGAGE ELECTRONIC REGISTRATION SYSTEM), | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) concerning David H. Stacy, filed April 10, 2012. Mr. Stacy seeks to appear as counsel *pro hac vice* for Defendant WinTrust Mortgage.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Stacy is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant WinTrust Mortgage.

Signed: April 10, 2012

David C. Keesler
United States Magistrate Judge